**INTERNATIONAL SECURITIES EXCHANGE, LLC,**
Appellant.

v.

**CHICAGO BOARD OPTIONS EXCHANGE, INC.,**
Appellee.

Nos. 2015–1743, 2015–1744.

United States Court of Appeals, Federal Circuit.

March 25, 2016.

Michael Martin Murray, Winston & Strawn LLP, New York, NY, argued for appellant. Also represented by Michael John Scheer, Los Angeles, CA; Geoffrey P. Eaton, Washington, DC.

Steven M. Lieberman, Rothwell, Figg, Ernst & Manbeck, P.C, Washington, DC, argued for appellee. Also represented by Joseph A. Hynds, Brian Andrew Tollefson.

Before O'MALLEY, MAYER, and REYNA, Circuit Judges.

O'MALLEY, Circuit Judge.

In this appeal, International Securities Exchange, LLC ("ISE") challenges the determination of the Patent Trial and Appeal Board (the "Board") in *inter partes* review proceedings involving U.S. Patent Nos. 7,356,498 ("the '498 patent") (IPR2014–00097) and 7,980,457 ("the '457 patent") (IPR2014–00098). The Board found that ISE failed to show by a preponderance of the evidence that the challenged claims of the '498 and '457 patents are un-patentable as either anticipated, obvious, or both, under 35 U.S.C. § 102(e) and 35 U.S.C. § 103(a). In light of our decision in *Chicago Bd. Options Exch., Inc. v. Int'l Secs. Exch.*, Case Nos. 2015–1728, –1729, and –1730, issued contemporaneously herewith, affirming the Board's conclusion that both patents address unpatentable subject matter under 35 U.S.C. § 101, we find this companion case moot. We dismiss the appeal and vacate the Board's decisions.

### DISMISSED